United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Alfonso R. Lopez, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-26-0912 |
| | § | |
| Anderson Veal LLP, et al. | § | |
| *Defendants.* | § | |

**ORDER TO SHOW CAUSE**

On May 21, 2026, the court conducted the initial conference in this case. ECF No. 3. Plaintiff failed to appear.

A show cause hearing is set for June 25, 2026, at 11:30 a.m. in Courtroom 703. Plaintiff is **ORDERED** to appear to show cause as to why this case should not be dismissed for failure to prosecute. Counsel for Defendant may appear by telephone.

***Failure to appear will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.***

Signed at Houston, Texas, on May 21, 2026.

_____
Peter Bray
United States Magistrate Judge